No. 93–8499. GALBRAITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8500. KERR *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–8508. NEYENS *v.* IOWA. Ct. App. Iowa. Certiorari denied.

No. 93–8514. PAGE-BEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–8520. BARNETT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8523. TARVER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8544. SANTIAGO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–8545. SANTIAGO-GODINEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–8546. SANCHEZ TELLEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8552. REED *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8554. LODGE *v.* GRAYSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–1012. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION *v.* ORNDORFF. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–1380. ARAVE, WARDEN *v.* BEAM. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–1044. HOFFMAN *v.* HARRIS ET AL. C. A. 6th Cir. Certiorari denied.